IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY DEE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-496-WKW |
| | ) | |
| JEFF SMITH, Deputy, Russell County Sheriff Office, and | ) | |
| JACOB WILLIAMS, Sgt., Russell County Sheriff Office, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 13, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.

A separate final judgment will be entered.

DONE this 12th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE